[No. 70859-7-I.   Division One.   March 30, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES EARL TUCKER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-06164-1, Catherine D. Shaffer, J., entered August 30, 2013. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Verellen, A.C.J., and Cox, J.

[No. 71036-2-I.   Division One.   March 30, 2015.]

LESLIE BLAKEY SPENCER ET AL., *Appellants*, v. NANCY BLAKEY, *as Personal Representative*, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-30358-6, Mary I. Yu, J., entered September 13, 2013. *Affirmed* by unpublished opinion per Spearman, C.J., concurred in by Becker and Lau, JJ.

[No. 71114-8-I.   Division One.   March 30, 2015.]

BLACK DIAMOND DEVELOPMENT COMPANY, LLC, ET AL., *Appellants*, v. UNION BANK, N.A., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-26618-2, Lori Kay Smith, J., entered October 31, 2013. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Leach, J., concurred in by Spearman, C.J., and Appelwick, J.

[No. 71148-2-I.   Division One.   March 30, 2015.]

PENNY ARNESON, *Individually and as Personal Representative, Appellant*, v. GARY NORDLUND ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-01170-2, Richard D. Eadie, J., entered November 8, 2013. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Dwyer, J., concurred in by Verellen, A.C.J., and Lau, J.